# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## WAIVER OF SERVICE OF SUMMONS

**Walter Viola**
Plaintiff

v.                                                      Case Number: 5:17-cv-06007-DGK

Society of St. Pius X - United States District, et al.

Defendant

TO: **Braden Perry**
Name of Plaintiff's Attorney or Unrepresented Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the above action, in the United States District Court for the Western District of Missouri. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 1/25/2017, or within 90 days after
                                                                              Date request was sent
that date if the request was sent outside the United States.

1/25/2017
Date

Signature

Daniel Lane
Printed/Typed Name

103 S. Peck
Street Address

Independence, MO 64056
City/State/Zip

Fr. Gerard Beck
Party Represented

816-373-4444
Telephone Number        Bar #

:waivsum.int                                (See Reverse)