# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **WALTER VIOLA,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**SOCIETY OF ST. PIUS X –**<br>**UNITED STATES DISTRICT, et al.,**<br><br>       **Defendants.** | **Case 5:17-cv-06007-DGK** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Walter Viola and Defendants Society of St. Pius X – United States District, Fr. Jurgen Wegner, Fr. Gerard Beck, Fr. Scott Gardner, by and through their respective counsel of record, and hereby stipulate to the dismissal, with prejudice, of Plaintiff Viola's claims against Defendants Society of St. Pius X – United States District, Fr. Jurgen Wegner, Fr. Gerard Beck, Fr. Scott Gardner, with each party to bear its own attorneys' fees and costs.

4606953v.1

Respectfully submitted,

| | |
|---|---|
| */s/ Braden M. Perry* | *s/ Nicholas J. Walker* |
| Braden M. Perry (MO Bar #53865) | Nicholas J. Walker   (MO #56825) |
| braden@kennyhertzperry.com | **Constangy, Brooks, Smith & Prophete, LLP** |
| KENNYHERTZ PERRY, LLC | 2600 Grand Boulevard, Suite 750 |
| 420 Nichols Road, Suite 207 | Kansas City, Missouri 64108 |
| Kansas City, MO  64112 | Phone: 816-472-6400 |
| | Fax: 816-472-6401 |
| **ATTORNEYS FOR PLAINTIFF** | dprophete@constangy.com |
| | nwalker@constangy.com |

Daniel D. Lane
103 South Peck Road
Independence, MO 64056
Telephone:   816.373.4444
dlanejd@comcast.net

**ATTORNEYS FOR DEFENDANTS**

4606953v.1