# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| WALTER VIOLA, | ) |
| Plaintiff, | ) |
| v. | ) No. 5:17-CV-06007-DGK |
| SOCIETY OF ST. PIUS X - UNITED STATES DISTRICT, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered Plaintiff's Joint Stipulation of Dismissal with Prejudice (Doc. 7), it is hereby

ORDERED that Plaintiff's claims against Defendants Society of St. Pius X – United States District, Fr. Jurgen Wegner, Fr. Gerard Beck, and Fr. Scott Gardner, are DISMISSED WITH PREJUDICE.  Each party is to bear their own costs.

Date: June 20, 2017

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT